ORIGINAL

**FILED**

04/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0056

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0056

FILED

APR 0 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

BRANDON BAGNELL,

Petitioner and Appellant,

v.                                    O R D E R

STATE OF MONTANA,

Respondent and Appellee.

---

Self-represented Brandon Bagnell has filed a Motion for Appointment of Counsel. As grounds, Bagnell states that his motion is warranted due to his mental and physical impairment. Sections 46-8-104, and 46-21-201(2), MCA. He further states that he "requests counsel to help in defense of this case and for further briefing." Bagnell points out that he filed a motion for appointment of counsel in the District Court.

Bagnell appeals a January 26, 2022 Order dismissing his petition for postconviction relief on substantive grounds, issued in the Twentieth Judicial District Court, Lake County. There is no right to the appointment of counsel in a postconviction proceeding for relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA. Bagnell represented himself in his postconviction proceeding. He has not demonstrated the existence of extraordinary circumstances to justify appointment of counsel, pursuant to § 46-8-104(3), MCA. Accordingly,

IT IS ORDERED that Bagnell's Motion for Appointment of Counsel is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and Brandon Bagnell personally.

DATED this 8 day of April, 2022.

For the Court,

By _____

Chief Justice